

# Missouri Court of Appeals
## Southern District

**MAY 19, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD33283    STEPHEN PLYMIRE and CAROL PLYMIRE,
            husband and wife, Plaintiffs/Appellants
    vs.     BRADLEY S. MCWILLIAMS, KATHLEEN MCWILLIAMS,
            and DAVID L. WIELAND, Defendants/Respondents